UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BUXBAUM, et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>ZOOM VIDEO COMMUNICATIONS, INC., <br><br>　　　　　Defendant. | Case No.  20-cv-02939-SVK <br><br>**ORDER DENYING PRO HAC VICE APPLICATIONS** <br><br>Re: Dkt. Nos. 8, 9 |

　　　　On May 1, 2020, attorneys Ryan J. McGee and John A. Yanchunis filed motions for leave to appear in pro hac vice.  Dkts. 8, 9.  Neither attorney attached a certificate of good standing or a similar official document.  *See* N.D. Cal. Civ. L.R. 11-3(a).  Accordingly, the Court **DENIES** both motions for leave to appear in pro hac vice without prejudice.

　　　　**SO ORDERED.**

Dated: May 1, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge