Reset Form

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

ADAM BUXBAUM, et al.  )
                      )   Case No: 5:20-cv-2939
         Plaintiff(s),)
                      )   **APPLICATION FOR**
   v.                 )   **ADMISSION OF ATTORNEY**
                      )   **PRO HAC VICE**
ZOOM VIDEO COMMUNICATIONS )   (CIVIL LOCAL RULE 11-3)
                      )
         Defendant(s).)
                      )

   I, Ryan J. McGee, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Adam Buxbaum, Deborah Blum, et al. in the above-entitled action. My local co-counsel in this case is M. Anderson Berry, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 N Franklin St., 7th Floor<br>Tampa, FL 33602 | 865 Howe Avenue<br>Sacramento, CA 95825 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (813) 223-5505 | (916) 777-7777 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rmcgee@forthepeople.com | aberry@justice4you.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 64957.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

   Dated: 05/01/20

                                          Ryan J. McGee
                                          ─────────────────────
                                              APPLICANT

═══════════════════════════════════════════════════════════════

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of Ryan J. McGee is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

   Dated: May 1, 2020

                                          *[signature: Susan van Keulen]*
                                          ─────────────────────────────────
                                          UNITED STATES ~~DISTRICT~~ / MAGISTRATE JUDGE